IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREA BEARD,

        Plaintiff,                                 CIV-S-10-2218-KJM GGH

    vs.

SENTRY CREDIT, INC.,

        Defendant.                             ORDER

        Presently scheduled on this court's law and motion calendar for July 14, 2011 is plaintiff's motion for protective order, filed June 8, 2011. This motion is scheduled to be heard after the court ordered discovery deadline of July 1, 2011, by which date all motions must have been resolved by court order and the order obeyed. <u>See</u> Order, filed December 9, 2010, at 2.

        Accordingly, IT IS ORDERED that plaintiff's motion for protective order (docket # 11), filed June 8, 2011, is vacated from the July 14, 2011 calendar.

DATED: July 7, 2011

                                          /s/ Gregory G. Hollows
                                     UNITED STATES MAGISTRATE JUDGE

GGH:076:Beard2218.vac.wpd

1