STEPHEN H. TURNER, SB# 89627
    E-mail: turner@lbbslaw.com
LINDSAY L. O'HAIR, SB# 258130
    E-mail: ohair@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Defendant, SENTRY CREDIT, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA BEARD, <br><br> Plaintiff, <br><br> v. <br><br> SENTRY CREDIT, INC. <br><br> Defendant. | CASE NO. 2:10-02218-KJM-GGH <br> Hon. Kimberly J. Mueller <br> Courtroom 3 <br><br> **DECLARATION OF MICHAEL MATHIS** <br><br> ACTION FILED: 8/18/2010 <br> TRIAL DATE: 3/19/2012 <br><br> Date: November 18, 2011 <br> Time: 10:00 a.m. <br> Crtrm: 3 |

I, MICHAEL MATHIS, declare as follows:

1.  I am the President of Defendant SENTRY CREDIT, INC. I am familiar with the facts set forth in this declaration by my own knowledge, and if called upon, I could and would competently testify thereto.

2.  Attached hereto as Exhibit 1 is a true and correct copy of Sentry Credit, Inc.'s Collection Notes for Plaintiff Andrea Beard's Account. These records are kept in the regular course of business, and are prepared contemporaneously with the events described. The notes reflect a complete account of the actions taken with regard to Ms. Beard's account.

4820-1653-1724.1
DECLARATION OF MICHAEL MATHIS

3. Attached hereto as Exhibit 2 is a disc of the only two communications wherein Sentry Credit, Inc. either left a voicemail for Plaintiff Andrea Beard or made contact with a live person. These recordings are also kept in the regular course of business, and are recorded contemporaneously with the communications they depict.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on October 20, 2011, at Everett, Washington.

Michael Mathis

# EXHIBIT "1"

| Name | Beard, Andrea | | Client | Equable Ascent Financial | Assigned | $1,491.00 |
|---|---|---|---|---|---|---|
| Add | Xxxxxxxxxxxxxxxx | | **Gross** | Chase Wamu CW38 | Balance | $1,491.00 |
| CSZ | Xxxxxxxxx, CA 952092171 | | Type | CREDIT_CARD | Last Work | 07-21-2010 |
| Ssn | 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 | | Branch | Sentry Credit, Inc. | LPC Date | 03-29-2009 |
| Acct | 004341486 | | Agency | Sentry Credit, Inc. | LPC Amt | $300.00 |
| Agy Id | 0002392782 | | Desk | Manager Desk 1 MBM | LPA Date | |
| DOA | Tue 05-18-2010 | | Section | Lawsuits | LPA Amt | $0.00 |
| DOR | Tue 05-18-2010 | | Status | Active | Canc Date | |
| Int | 0.00% | | Phase | GOOD PHONE # | Sent Date | |

Rmk:

| Letter Name | Type | Date Sent | Who Sent Letter |
|---|---|---|---|
| FDCPA 60/80 | 86 | 05/19/2010 | Mathis |

| Employer Name | Last Name | First Name | MI | Phone |
|---|---|---|---|---|
| SSICHILD SUPPORT | | | | |

| Note Date | Time | Last Name | Note Text |
|---|---|---|---|
| Tue Jan 01, 1901 | 00:00:01 | Mathis Mi | Indicator - C |
| Tue Jan 01, 1901 | 00:00:01 | Mathis Mi | Charged Off Amount - 1491 |
| Tue Jan 01, 1901 | 00:00:01 | Mathis Mi | PURCHASE BALANCE - 927.05 |
| Tue Jan 01, 1901 | 00:00:01 | Mathis Mi | CASH BALANCE - 0 |
| Tue Jan 01, 1901 | 00:00:01 | Mathis Mi | INTEREST AND FEES - 563.95 |
| Tue Jan 01, 1901 | 00:00:01 | Mathis Mi | Authorized Users - |
| Tue Jan 01, 1901 | 00:00:01 | Mathis Mi | HOMEOWNER - False |
| Tue May 18, 2010 | 16:08:01 | Graham Je | Banko Requested on: 05-18-2010 |
| Tue May 18, 2010 | 16:53:35 | Graham Je | No Banko Return |
| Wed May 19, 2010 | 08:16:27 | Mathis Mi | TransUnion: Address Received from TU |
| Wed May 19, 2010 | 08:16:27 | Mathis Mi | Add1: 8813 KELLEY DR |
| Wed May 19, 2010 | 08:16:27 | Mathis Mi | Add2: |
| Wed May 19, 2010 | 08:16:27 | Mathis Mi | City: STOCKTON |
| Wed May 19, 2010 | 08:16:27 | Mathis Mi | State: CA |
| Wed May 19, 2010 | 08:16:27 | Mathis Mi | Zip: 95209 |
| Wed May 19, 2010 | 08:16:27 | Mathis Mi | TransUnion: Employer Added |
| Wed May 19, 2010 | 08:46:12 | Mathis Mi | 1 |
| Fri May 21, 2010 | 16:44:20 | Loveall Mi | Phoned: ANDREA BEARD at Home dialed: 2099528664 |
| Fri May 21, 2010 | 16:45:19 | Loveall Mi | Left Message on Recorder |
| Wed May 26, 2010 | 00:00:00 | Hydorn Ry | LiveVox Call Not Attempted, Job Stopped Early |
| Wed May 26, 2010 | 00:00:00 | Hydorn Ry | Phoned: ANDREA BEARD at Home dialed: 2099528664 |
| Fri Jun 04, 2010 | 15:52:34 | Hydorn Ry | LiveVox Hang Up |
| Fri Jun 04, 2010 | 15:52:34 | Hydorn Ry | Phoned: ANDREA BEARD at Home dialed: 2099528664 |
| Fri Jun 11, 2010 | 16:03:01 | Hydorn Ry | LiveVox hung up. Detected Answer machine |
| Fri Jun 11, 2010 | 16:03:01 | Hydorn Ry | Phoned: ANDREA BEARD at Home dialed: 2099528664 |
| Fri Jun 25, 2010 | 14:47:00 | Bouchard Sa | Phoned: ANDREA BEARD at POE dialed: 2094646331 |
| Fri Jun 25, 2010 | 14:47:22 | Bouchard Sa | Disconnected |
| Fri Jun 25, 2010 | 14:47:25 | Bouchard Sa | Phoned: ANDREA BEARD at Home dialed: 2099528664 |
| Fri Jun 25, 2010 | 14:47:58 | Bouchard Sa | Recorder No Message Left |
| Fri Jun 25, 2010 | 15:02:29 | Jolly Al | Phoned: ANDREA BEARD at Home dialed: 2099528664 |
| Fri Jun 25, 2010 | 15:03:07 | Jolly Al | No Answer |
| Mon Jun 28, 2010 | 17:03:17 | Hydorn Ry | LiveVox hung up. Detected Answer machine |
| Mon Jun 28, 2010 | 17:03:17 | Hydorn Ry | Phoned: ANDREA BEARD at Home dialed: 2099528664 |
| Mon Jul 12, 2010 | 12:12:33 | Hydorn Ry | LiveVox hung up. Detected Answer machine |
| Mon Jul 12, 2010 | 12:12:33 | Hydorn Ry | Phoned: ANDREA BEARD at Home dialed: 2099528664 |
| Tue Jul 13, 2010 | 10:36:15 | Hydorn Ry | LiveVox party listn to message but ddnt trans |
| Tue Jul 13, 2010 | 10:36:15 | Hydorn Ry | Phoned: ANDREA BEARD at Home dialed: 2099528664 |

| Note Date | Time | Last Name | Note Text |
|---|---|---|---|
| Wed Jul 14, 2010 | 11:44:58 | Hydorn Ry | LiveVox Right Party Connected |
| Wed Jul 14, 2010 | 11:44:58 | Hydorn Ry | Phoned: ANDREA BEARD at Home dialed: 2099528664 |
| Wed Jul 14, 2010 | 11:45:09 | Perry Da | Phoned: ANDREA BEARD at Home dialed: 2099528664 |
| Wed Jul 14, 2010 | 11:45:09 | Perry Da | SED NOT TO CALL BUT SED THAT SHE IS THE RIGHT PARTY WOULD NOT VERIFY . |
| Wed Jul 14, 2010 | 11:46:09 | Perry Da | D THAT SHE IS GOING TO REPORT US AND THAT OUR FOTI MESS WAS AGAINST T |
| Wed Jul 14, 2010 | 11:46:43 | Perry Da | D THAT SHE WORKED FOR A COLLECTION AGENCY AND THAT WE SHOULD NOT ( |
| Wed Jul 14, 2010 | 11:47:20 | Perry Da | E xx PHONE # IN PHONES PLUS SHOWS AS PACIFIC BELL # LISTED TO THE Z AND I |
| Wed Jul 14, 2010 | 11:50:23 | Perry Da | Talked to Consumer |
| Mon Jul 19, 2010 | 10:25:39 | Hydorn Ry | LiveVox hung up. Detected Answer machine |
| Mon Jul 19, 2010 | 10:25:39 | Hydorn Ry | Phoned: ANDREA BEARD at Home dialed: 2099528664 |
| Tue Jul 20, 2010 | 10:27:32 | Hydorn Ry | LiveVox hung up. Detected Answer machine |
| Tue Jul 20, 2010 | 10:27:32 | Hydorn Ry | Phoned: ANDREA BEARD at Home dialed: 2099528664 |
| Wed Jul 21, 2010 | 11:22:41 | Hydorn Ry | LiveVox hung up. Detected Answer machine |
| Wed Jul 21, 2010 | 11:22:41 | Hydorn Ry | Phoned: ANDREA BEARD at Home dialed: 2099528664 |
| Wed Jul 21, 2010 | 14:49:57 | Mathis Mi | *Old Address: 8813 KELLEY DR  STOCKTON CA 952092171 |
| Wed Jul 21, 2010 | 14:50:15 | Mathis Mi | *** ANDREA BEARD Debtor record changed by: mbm67 |

| Transaction | Amount | Date Paid | Date Post | Collector | Reference # |
|---|---|---|---|---|---|
| Assigned by Client | 1,491.00 | 05-18-2010 | 05-18-2010 | Mathis, Michael | NewBiz |

| Whose Number | Number | Contacted | Attempted | Dials | Action | Result |
|---|---|---|---|---|---|---|
| Andrea Beard | 209-952-8664 | 07/14/2010 | 07/21/2010 | 14 | Home | LiveVox Ans mach detec |
| Andrea Beard | 209-464-6331 | 01/01/1901 | 06/25/2010 | 1 | POE | Disconnected |

| Budget | Net | PostDates |
|---|---|---|
| 0.00 | 32.86 | 56.15 |

# EXHIBIT "2"

**A COPY OF THE DISC CONTAINING RECORDINGS IS PROVIDED WITH THE COURTESY COPY BEING PROVIDED TO THE COURT**

**PER THE PROOF OF SERVICE, THIS DISC IS ALSO BEING PROVIDED TO PLAINTIFF'S COUNSEL BY PERSONAL SERVICE**

# FEDERAL COURT PROOF OF SERVICE
*Andrea Beard v. Sentry Credit, Inc. - File No. 6234-8159*

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On October 21, 2011, I served the following document(s): **DECLARATION OF MICHAEL MATHIS**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Ryan Lee, Esq.
KROHN & MOSS LTD.
10474 Santa Monica Blvd
Suite 401
Los Angeles, CA 90025
Tel: (323) 988-2400, Ext. 241
Fax: (866) 861-1390
rlee@consumerlawcenter.com

The documents were served by the following means:

[X] (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

[X] (BY PERSONAL SERVICE) I caused the document to be personally served to the persons at the addresses listed above. [X] For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or individual in charge of the office.
[ ] For a party not represented by an attorney, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on October 21, 2011, at Los Angeles, California.

ROSA E. ROJAS

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW