Scott M. Cohen
Ryan Lee
Krohn & Moss, Ltd.
10474 Santa Monica Blvd.
Suite 401
Los Angeles, CA 90025
323-988-2400
Cal. Bar No. 235879
rlee@consumerlawcenter.com

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ANDREA BEARD | ) | |
| | ) | Case No. 2:10-02218-KJM-GGH |
| Plaintiff, | ) | Hon. Kimberly J. Mueller |
| | ) | Courtroom 3 |
| v. | ) | |
| | ) | |
| SENTRY CREDIT, INC. | ) | DECLARATION OF RYAN LEE |
| | ) | |
| Defendant. | ) | |
| | ) | ACTION FILED:   8/18/2010 |
| | ) | TRIAL DATE:     N/A |
| _____ | ) | |

I, RYAN LEE, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a licensed attorney authorized to practice before this Court. I am an associate of Krohn & Moss, Ltd., and represent plaintiff Andrea Beard in connection with the above-captioned action. As such, I have personal knowledge of the facts set forth herein and if called as a witness for this purpose, I could and would testify competently under oath to them.

2. Attached hereto as Exhibit 1 is a true and correct copy of portions of the transcript of the Deposition of Plaintiff Andrea Beard.

3. Attached hereto as Exhibit 2 is a true and correct copy of a transcript of a call placed by Defendant to Plaintiff on July 14, 2010. This recording was produced by Defendant in this action, and the transcript of that recording was prepared by an independent certified court reporter at the request of myself and my office.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 27, 2012

                                            /s/Ryan Lee

                                            Ryan Lee