1

2

3

4

5

6

7

8

9

10

11

12

13  Beard v. Sentry

14  7-14-10 Beard 2099528664

15

16

17

18

19

20

21

22

23

24

25

1       MICHAEL [LEVALL?]: Hello, Andrea?
2       ANDREA BEARD: Yes. Um, you guys keep
3  leaving messages on my phone. I just want to tell
4  you that I'm going to report you guys, 'cause you
5  cannot leave on--in the State of California, you
6  cannot leave, on the answering machine, uh, "This
7  is an attempt to collect a debt."
8       MICHAEL [LEVALL?]: Is this Andrea
9  Beard? [OVERLAPPING]
10      ANDREA BEARD: [OVERLAPPING] It's
11 against the law. Uh, it's against the law, and I
12 wish you do not call here anymore.
13      MICHAEL [LEVALL?]: Is this--
14      ANDREA BEARD: I'm going to report you.
15      MICHAEL [LEVALL?]: Okay. Okay, ma'am.
16 Is this Andrea--is this--okay. [OVERLAPPING]
17      ANDREA BEARD: [OVERLAPPING] I'm telling
18 you that. Do not call here anymore.
19      MICHAEL [LEVALL?]: [OVERLAPPING] Okay.
20 We will continue to call if this is still Andrea
21 Beard. Uh, I'm going to continue to call.
22      ANDREA BEARD: No. You will get fined.
23      MICHAEL [LEVALL?]: Okay.
24      ANDREA BEARD: I'm going to ca--uh,
25 report you.

1                MICHAEL [LEVALL?]: Okay. Please do.
2                ANDREA BEARD: Because you cannot do
3    that.
4                MICHAEL [LEVALL?]: Okay, no, uh--
5                ANDREA BEARD: And I do not want you to
6    call. And in the State of California--
7    [OVERLAPPING]
8                MICHAEL [LEVALL?]: [OVERLAPPING] We can
9    do it and we're gonna do it.
10               ANDREA BEARD: If I tell you that--
11               MICHAEL [LEVALL?]: No, you can't.
12               ANDREA BEARD: You're not supposed to
13   call.
14               MICHAEL [LEVALL?]: [OVERLAPPING] That's
15   not it. That's not true.
16               ANDREA BEARD: [OVERLAPPING] If I tell
17   you that, in the State of California--that is
18   true.
19               MICHAEL [LEVALL?]: Ma'am, do you need
20   to seek legal advice? Because--[OVERLAPPING]
21               ANDREA BEARD: [OVERLAPPING] I work for
22   a collection agency.
23               MICHAEL [LEVALL?]: Okay.
24               ANDREA BEARD: And I do--
25               MICHAEL [LEVALL?]: Okay. Well, you're

1  doing a good job at it. [OVERLAPPING]
2              ANDREA BEARD: [OVERLAPPING] Yes.
3              MICHAEL [LEVALL?]: Well, so--
4              ANDREA BEARD: What--well--
5              MICHAEL [LEVALL?]: You're completely
6  misinformed, so.
7              ANDREA BEARD: You're not doing a good
8  job at it. So, I'm just--[OVERLAPPING]
9              MICHAEL [LEVALL?]: [OVERLAPPING] Well,
10 I'm doing better than you.
11             ANDREA BEARD: [OVERLAPPING] Informing
12 you of that.
13             MICHAEL [LEVALL?]: Okay. [WHATEVER YOU
14 SAY?].
15             ANDREA BEARD: So--how are you doing a
16 better job than me?
17             MICHAEL [LEVALL?]: Well--
18             ANDREA BEARD: How are you doing a
19 better job than me? [UNINTEL - VOICES
20 OVERLAPPING]
21             MICHAEL [LEVALL?]: [OVERLAPPING] How
22 are you doing a good job, ma'am? Because we're
23 not doing--
24             ANDREA BEARD: [OVERLAPPING] How are you
25 doing a better job? I'm not saying I'm doing a

Case 2:10-cv-02218-KJM-AC   Document 32-5   Filed 01/27/12   Page 5 of 6

1  better job.
2              MICHAEL [LEVALL?]: [OVERLAPPING] We're
3  not going any--okay.
4              ANDREA BEARD: [OVERLAPPING] I'm just
5  saying that you're not doing a great job.
6              MICHAEL [LEVALL?]: [OVERLAPPING] We're
7  not--we're not going anywhere with this, so good
8  luck to you, and go ahead and report us. Thank
9  you.
10             ANDREA BEARD: [OVERLAPPING] Okay. Well,
11 don't call me anymore.
12
13
14
15
16
17
18
19
20
21
22
23
24
25


1  Gotham Transcription states that the preceding
2  transcript was created by one of its employees
3  using standard electronic transcription equipment
4  and is a true and accurate record of the audio on
5  the provided media to the best of that employee's
6  ability.  The media from which we worked was
7  provided to us. We can make no statement as to
8  its authenticity.
9
10              Attested to by:
11
12
13              Sonya Ledanski Hyde